UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAURINDA F. ALLEN,

    Plaintiff,                             Case No.: 1:18-cv-05202-ELR

v.

GAMEL ACCOUNTING & TAX
RESOLUTION INC., EDILENE
JOHANSSON and JESSICA BUSH,

    Defendants.
_____/

## **PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT, JESSICA BUSH, WITHOUT PREJUDICE**

Plaintiff, MAURINDA F. ALLEN, by and through the undersigned counsel, hereby voluntarily dismisses Defendant, Jessica Bush, without prejudice.

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on this 7th day of January, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to the attorneys of record for the parties. Parties may also access this filing through the Court's system.

/s/ Mitchell L. Feldman
MITCHELL L. FELDMAN, ESQUIRE
Georgia Bar No.: 257791
FELDMAN WILLIAMS PLLC
1201 Peachtree Street, NE
400 Colony Square #200
Atlanta, GA 30361
Tele: (813) 639-9366/Fax: (813) 639-9376
E-mail: mitch@feldmanwilliams.com
*Attorney for Plaintiff*

### CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1, the undersigned certifies that the Plaintiff's Motion for Enlargement of Time to Conduct Discovery complies with the font and point selections permitted by L.R. 5.1(B). This document was prepared on a computer using the Times New Roman font (14 point).

/s/ Mitchell L. Feldman
MITCHELL L. FELDMAN, ESQUIRE
Georgia Bar No.: 257791