## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MAURINDA F. ALLEN, | * |
| Plaintiff, | * |
| v. | *   1:18-CV-05202-ELR |
| GAMEL ACCOUNTING & TAX RESOLUTION INC., EDILENE JOHANSSON, and JESSICA BUSH, | * |
| Defendants. | * |

### ORDER

On January 7, 2019, Plaintiff Maurinda F. Allen filed a "Voluntary Dismissal of Defendant, Jessica Bush, Without Prejudice." [Doc. 7]. However, because Defendant Jessica Bush has filed an answer in this action [Doc. 5], Federal Rule of Civil Procedure 41(a)(1) requires a stipulation of dismissal signed by all parties who have appeared. Accordingly, if Plaintiff wishes to proceed with the dismissal of Defendant Jessica Bush, she should file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) or an appropriate motion to dismiss pursuant to Federal Rule 41(a)(2).

**SO ORDERED**, this 5th day of February, 2019.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia